IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY LYNN FIES,

    Defendant.

:
:
:
:
:
:

Case No. 3:88cr023

JUDGE WALTER HERBERT RICE

ENTRY FINDING DEFENDANT IN VIOLATION OF RE-IMPOSED PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

On August 17, 2011, the Defendant, having previously been found in violation of his re-imposed period of supervised release which began September 21, 2010, appeared in open Court for final disposition.

Pursuant to the record made both in open Court and in the conference room, on the aforesaid August 17, 2011, the Defendant's re-imposed period of supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, with no period of supervised release to follow.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

August 19, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
United States Marshal
United States Probation Department